UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   2:23-cv-00431-JAK-AJR | Date:  November 20, 2024 |
| | Page 1 of 2 |

Title:   Andrew Kramer v. County of Los Angeles

DOCKET ENTRY:  **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On November 16, 2023, *pro se* Plaintiff Andrew Kramer ("Plaintiff"), a California state prisoner presently incarcerated at San Quentin State Prison and proceeding *pro se*, filed the operative First Amended Complaint under 42 U.S.C. § 1983 (the "FAC") against the County of Los Angeles and Deputy Ceasar Langarica (collectively "Defendants").

On September 30, 2024, the Court granted Defendants' Motion to Dismiss the FAC with leave to amend.  (Dkt. 42.)  Plaintiff had until October 30, 2024 to file a Second Amended Complaint (the "SAC").  (Id. at 17.)

Three weeks have passed since Plaintiff's deadline to file a SAC in response to the Court's Order.  As of today, Plaintiff has neither filed an amended complaint nor requested another extension of time in which to do so.  The action cannot move forward

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:23-cv-00431-JAK-AJR | Date:  November 20, 2024 |
| | Page 2 of 2 |

Title:  Andrew Kramer v. County of Los Angeles

---

unless and until Plaintiff files an amended complaint.  Plaintiff is ordered to file a SAC, if any, by **December 11, 2024** or show cause why the action should not be dismissed with prejudice for failure to prosecute.  If Plaintiff chooses to file a SAC, it should bear the docket number assigned to this case (2:23-cv-00431-JAK-AJR), be labeled "Second Amended Complaint," and be complete and of itself without reference in any manner to the original Complaint, First Amended Complaint, or any other document (except any document that Plaintiff chooses to attach to the SAC as an exhibit). Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant.  Should Plaintiff decide to file a SAC, he is encouraged to utilize the form complaint attached to this Order.

**Plaintiff is expressly advised that if he does not file a SAC by the Court's deadline or respond to this order, the Court will recommend that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.**  If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

Attachments:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.