UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KRAMER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, ET AL.,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00431-JAK-AJR<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 20, 2025

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE